IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
DEC 1 5 2015
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| ANDREA WOOD,<br><br>             Plaintiff,<br><br>vs.<br><br>PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP LLC, and DOES 1-50,<br><br>             Defendants. | CV 14–128–M–DLC<br><br>ORDER |

The parties having filed a stipulation for dismissal with prejudice, indicating that this matter has been fully and finally settled on the merits,

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorney's fees. All pending motions are MOOT and all deadlines are VACATED. The jury trial set for March 7, 2016, is VACATED.

DATED this 15th day of December, 2015.

_____
Dana L. Christensen, Chief Judge
United States District Court